**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Rome Division

In Re:  Debtor(s)
**Jerry Lee Parsons**
496 Doe Trl
Resaca, GA 30735−6194

xxx−xx−6583

Case No.: **23−41368−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**11/16/23** at **03:20 PM**
**Meeting will be telephonic. To attend, Dial: 866−646−7791 and enter: 2122004, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:   October 20, 2023

_____
Vania S. Allen
Clerk of Court

Form 424

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-41368-bem |
| Jerry Lee Parsons | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2023 | Form ID: 424 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jerry Lee Parsons, 496 Doe Trl, Resaca, GA 30735-6194 |
| 24450741 | + | Advent Health Gordon, 1035 Red Bud Rd NE, Calhoun, GA 30701-6011 |
| 24450742 | | Adventist Health System GA Inc., 1035 Red Bud Rd NE, Calhoun, GA 30701-6010 |
| 24450743 | | Emory Healthcare, 550 Peachtree St NE, Atlanta, GA 30308-2247 |
| 24450744 | | Hamilton Medical Center, 1200 Memorial Dr, Dalton, GA 30720-2529 |
| 24450745 | + | North Park Hospital, 2051 Hamill Rd, Hixson, TN 37343-6614 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 24450740 | Email/Text: bankruptcynotices@aarons.com | Oct 20 2023 20:32:00 | Aaron Rents, 1015 Cobb Place Blvd NW, Kennesaw, GA 30144-3672 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Jerry Lee Parsons dansaeger@gmail.com   Saeger.DANB129629@notify.bestcase.com |

Office of the United States Trustee

| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 424 | Total Noticed: 7 |

                    ustpregion21.at.ecf@usdoj.gov

Tracey L. Montz

                    tmontztrustee@gmail.com  tlm@trustesolutions.net

TOTAL: 3